# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| CORINIO PRUITT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| V. | ) | No. 2:22-cv-02855-JTF-atc |
| | ) | |
| ZACHERY POUNDS, Warden, Riverbend, Maximum Security Institute, | ) ) | **CAPITAL CASE** |
| | ) | |
| Respondent. | ) | |

## ORDER GRANTING MOTION TO EXTEND FILING DEADLINE

Before the Court is the Unopposed Motion to Extend Filing Deadline filed by Petitioner Corinio Pruitt, through counsel. (ECF No. 20.) Pruitt's Amended Petition is currently due on April 22, 2041. Pruitt seeks an extension of time until June 21, 2024, to file his amended petition because of his counsel's workload. For good cause shown, the motion is GRANTED.

**IT IS SO ORDERED**, this 16th day of April, 2024.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge