# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| CORINIO PRUITT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| V. | ) | No. 2:22-cv-02855-JTF-atc |
| | ) | |
| ZACHERY POUNDS, Warden, Riverbend, Maximum Security Institute, | ) ) ) | **CAPITAL CASE** |
| | ) | |
| Respondent. | ) | |

## ORDER GRANTING STAY OF FILING DEADLINE FOR AMENDED PETITION

Before the Court is the Unopposed Motion to Stay Deadline For Filing Amended Petition filed by Petitioner Corinio Pruitt, through counsel. (ECF No. 22.) Pruitt's Amended Petition is currently due on June 21, 2024. Pruitt seeks a stay of the deadline for filing the Amended Petition because he has a conflict of interest with his counsel, the Capital Habeas Unit for the Federal Public Defender in the Middle District of Tennessee. (*Id.* at PageID 10731-32.) Pruitt's counsel asserts that it is unable to file the amended petition due to the conflict and that new counsel will require time to become familiar with the case. (*Id.* at PageID 10732-33.) Pruitt is seeking to be represented by the Federal Public Defender for the Western District of North Carolina, and notice must be given to the Chief Judges of the United States Courts of Appeal for the Fourth Circuit and the Sixth Circuit for an out-of-district appointment. (*Id.* at PageID 10732-33.)

Pruitt's counsel has not filed a motion to withdraw from the representation. Further, there is no indication that notice has been given to the Chief Judges. Because of the conflict, the unopposed motion is GRANTED for good cause shown.

The stay is granted solely for the purposes of allowing Pruitt to obtain new counsel. The Court makes no representation about the timeliness under 28 U.S.C. § 2244(d) of the amended petition or its claims.

Within 30 days of the entry of this Order, the parties shall file a status report concerning Pruitt's representation and submit a proposed date for filing the amended petition.

**IT IS SO ORDERED**, this 11th day of June, 2024.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge
