IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **CORINIO PRUITT,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   No. 2:22-cv-02855-JTF-atc |
| | ) |
| **KENNETH NELSEN, Warden,** | ) |
| | ) |
| Respondent. | ) |

**ORDER GRANTING RESPONDENT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED HABEAS PETITION AND TO AMEND THE OPERATIVE SCHEDULING ORDER**
**AND**
**THE AMENDED CASE MANAGEMENT ORDER**

Before the Court is Respondent's First Unopposed Motion for Extension of Time to Respond to Amended Petition and Amend The Operative Scheduling Order. (ECF No. 39.) For good cause shown, the motion is **GRANTED**.

The Case Management Order is **AMENDED** to add the following deadlines:

Conference:                                    February 1, 2026[1]

Response to Amended Petition:      March 9, 2026

Reply[2]:                                        May 8, 2026

---

[1] The parties have represented their intent to confer in January 2026. (*See* ECF No. 39 at PageID 10972 n.2.) The parties' failure to timely or fully confer in accordance with the directives of this Case Management Order shall not be good cause for further extension of the deadlines.

[2] The reply shall be limited to disputing specific points of fact or law raised in response to the Amended Petition and shall not repeat arguments previously presented by Petitioner.

| | |
|---|---|
| Joint Discovery Statement[3]: | June 8, 2026 |
| Agreed Discovery Completed: | September 7, 2026 |
| Discovery Motions: | October 7, 2026 |
| Response to Discovery Motions: | November 9, 2026 |

**IT IS SO ORDERED**, this 3rd day of November 2025.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

---

[3] For the joint statement, the parties shall provide the information requested in the Court's January 5, 2024 Order. (*See* ECF No. 8 at PageID 191.)